IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY THOMAS, | No. C-08-5123 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| OWENS-ILLINOIS, INC., | |
| Defendant. / | |

On January 21, 2009, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit, no later than February 20, 2009, a chambers copy of the Notice of Removal, filed November 10, 2008.

**IT IS SO ORDERED.**

Dated: February 12, 2009

_____
MAXINE M. CHESNEY
United States District Judge