```
 1  SCHIFF HARDIN LLP
    STEPHEN M. HANKINS (CSB #154886)
 2  JEAN H. HURRICANE (CSB #175628)
    One Market, Spear Street Tower, 32nd Floor
 3  San Francisco, CA  94104
    Telephone:    (415) 901-8700
 4  Facsimile:    (415) 901-8701

 5  Attorneys for Defendant
    OWENS-BROCKWAY GLASS CONTAINER
 6  INC. erroneously sued as OWENS-ILLINOIS, INC.

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| WESLEY THOMAS, | Case No. CV 08-05123 MMC |
|---|---|
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER TO REMAND CASE TO STATE COURT |
| v. | |
| OWENS-ILLINOIS, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Wesley Thomas ("Plaintiff") and defendant Owens-Brockway Glass Container Inc., erroneously sued as Owens-Illinois, Inc. ("Defendant"), hereby agree and stipulate as follows:

WHEREAS Plaintiff filed his Complaint on October 3, 2008 in California Superior Court, County of Alameda, Case number RG 08-413335;

WHEREAS on November 10, 2008, pursuant to 28 USC § 1441, Defendant timely filed its Notice of Removal to the United States District Court, Northern District of California;

WHEREAS Plaintiff claims, after full investigation of the facts, that his condition is stable, and the amount of damages in this case does not exceed and will not exceed $65,000, inclusive of all damages claimed by Plaintiff as well as all liens, fees and costs; and

WHEREAS Plaintiff hereby agrees that neither he nor anyone acting on his behalf, including any compensation carriers or attorneys, will seek a total amount in excess of $65,000,

inclusive of all damages claimed by Plaintiff as well as all liens, fees and costs, against Defendant if Defendant agrees to remand the case to State Court;

THEREFORE, THE PARTIES HERETO STIPULATE THAT:

1. Plaintiff agrees that he does not and will not seek any damages in excess of $65,000, inclusive of all damages claimed by Plaintiff as well as all liens, fees and costs, against Defendant for the claims alleged in his complaint; and

2. Based on Plaintiff's agreement in Paragraph 1, Defendant agrees to remand case to the California Superior Court, County of Alameda.

DATED: March 4, 2009

_____
Wesley Thomas

DATED: March 4, 2009

WALKUP, MELODIA, KELLY & SCHOENBERGER

By _____
Spencer J. Pahlke
Attorneys for Plaintiff
Wesley Thomas

DATED: March 5, 2009

SCHIFF HARDIN LLP

By: _____
Jean H. Hurricane
Attorneys for Defendant
Owens-Brockway Glass Container Inc.
erroneously sued as Owens-Illinois, Inc.

Based on the Stipulation of the parties, and good cause appearing therefor, the case is hereby REMANDED to ~~State Court.~~ the Superior Court of the State of California in and for the County of Alameda.

IT IS SO ORDERED

DATED: March 9, 2009

By _____
Hon. Maxine Chesney
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT CALIFORNIA

SF\9319423.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 2 -                              STIPULATION AND ORDER